UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MICHAEL NORRIS, et al., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS BRADY et al., <br><br> Defendant. | Civil Case No.: <br><br> Removed From: <br><br> Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida <br> NO. 2022-022900-CA-01 |

**DEFENDANTS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTION**

In accordance with Local Rule 3.8, Defendants Thomas Brady, Kevin O'Leary, and David Ortiz hereby provide notice of the related case, *Garrison et al. v. Bankman-Fried et al.*, No. 1:22-cv-23753-KMM, pending before Judge K. Michael Moore of this Court. This action involves subject matter which is a material part of the subject matter of the *Garrison* action and disposition of this action would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge than Judge Moore. *See* S.D. Fla. I.O.P. 2.15.00.

1

Dated: February 3, 2023

Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martínez*
   Roberto Martínez
   Florida Bar No. 305596
   bob@colson.com
   Stephanie A. Casey
   Florida Bar No. 97483
   scasey@colson.com
   Zachary Lipshultz
   Florida Bar No. 123594
   zach@colson.com

**LATHAM & WATKINS LLP**
   Andrew Clubok (*pro hac vice* to be filed)
      *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice* to be filed)
      *susan.engel@lw.com*
   Brittany M.J. Record (*pro hac vice* to be filed)
      *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*pro hac vice* to be filed)
      *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*pro hac vice* to be filed)
      *jessica.stebbinsbina@lw.com*
   Elizabeth A. Greenman (*pro hac vice* to be filed)
      *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax:  +1.424.653.5501

**LATHAM & WATKINS LLP**
   Michele D. Johnson (*pro hac vice* to be filed)
      *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendant Thomas Brady*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
　　Christopher S. Carver, Esq.
　　Florida Bar No. 993580
　　christopher.carver@akerman.com
　　cary.gonzalez@akerman.com
　　Jason S. Oletsky, Esq.
　　Florida Bar No. 9301
　　jason.oletsky@akerman.com
　　jill.parnes@akerman.com
　　Katherine A Johnson, Esq.
　　Florida Bar No. 1040357
　　katie.johnson@akerman.com
　　joyce.gutierrez@akerman.com

*Attorneys for Defendant David Ortiz*

**MARCUS NEIMAN RASHBAUM**
**& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
　　Jeffrey Neiman
　　jneiman@mnrlawfirm.com
　　Fla Bar. No. 544469
　　Jeffrey Marcus
　　jmarcus@mnrlawfirm.com
　　Fla. Bar No. 310890
　　Michael Pineiro
　　mpineiro@mnrlawfirm.com
　　Fla. Bar No. 041897
　　Brandon Floch
　　bfloch@mnrlawfirm.com
　　Fla. Bar No. 125218

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (pro hac vice to be filed)
abrettler@berkbrettler.com

*Attorneys for Defendant Kevin O'Leary*