**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-cv-20439

MICHAEL NORRIS, *et al.*,

    Plaintiffs,

v.

THOMAS BRADY, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF SUSAN E. ENGEL**

    Susan E. Engel, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the District of Columbia since 2003 and New York since 2003; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                            */s/ Susan E. Engel*
                                                                            Susan E. Engel