# Exhibit A

| | |
|---|---|
| **From:** | Andrew.Clubok@lw.com |
| **To:** | Adam Moskowitz |
| **Cc:** | Joseph Kaye; dboies@bsfllp.com; szack@bsfllp.com; uungaro@bsfllp.com; rmcid@podhurst.com; jose@markmigdal.com; xboies@gmail.com; lcarlsen@bsfllp.com; Howard Bushman; Susan.Engel@lw.com; Jessica.StebbinsBina@lw.com; Bob@colson.com; Marvin.Putnam@lw.com; michele.johnson@lw.com |
| **Subject:** | RE: Garrison, Yang, Huang, Shetty, Livieratos |
| **Date:** | Tuesday, December 6, 2022 8:21:31 AM |

Thanks Adam.  How about we shoot for an intro call with a subset of this group on Friday afternoon?  Maybe 3:00?

ABC

**From:** Adam Moskowitz <Adam@moskowitz-law.com>
**Sent:** Monday, December 5, 2022 11:08 PM
**To:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>
**Cc:** Joseph Kaye <joseph@moskowitz-law.com>; dboies@bsfllp.com; szack@bsfllp.com; uungaro@bsfllp.com; rmcid@podhurst.com; jose@markmigdal.com; xboies@gmail.com; lcarlsen@bsfllp.com; Howard Bushman <Howard@moskowitz-law.com>; Engel, Susan (DC) <Susan.Engel@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Bob@colson.com; Putnam, Marvin (CC) <Marvin.Putnam@lw.com>; Johnson, Michele (OC) <michele.johnson@lw.com>
**Subject:** Re: Garrison, Yang, Huang, Shetty, Livieratos

Andrew, Bobby and Counsel: Attached is the new FTX Consolidated Amended state complaint that we just filed. We were able to group all of the individual plaintiffs, and all of the counsel, into one Complaint.

We are sending you this courtesy copy first, so we hope your team will be joining our litigation. Just let us know later this week if you will be representing any or all of these three defendants and we can talk about service of process and scheduling. Thanks, Adam


Sent from my iPhone


> On Dec 5, 2022, at 3:14 PM, Andrew.Clubok@lw.com wrote:
>
> Adam:
>
> Thanks much for getting back to me.  Yes, we (Latham attorneys, along with Bob Martinez) will be working together, and we will also be defense counsel in the federal action(s) for at least some of the defendants.   And we definitely agree that an orderly process is preferable!  How about we try to schedule a call in the next few days

or so as you develop your plans, etc. etc.   Hopefully they don't involve unnecessarily ruining anybody's holidays!  We will definitely work with you on that shared goal!

In any event, we certainly look forward to working with you and your colleagues.

ABC

---

**From:** Adam Moskowitz <Adam@moskowitz-law.com>
**Sent:** Monday, December 5, 2022 2:53 PM
**To:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Joseph Kaye <joseph@moskowitz-law.com>; dboies@bsfllp.com; szack@bsfllp.com; uungaro@bsfllp.com; rmcid@podhurst.com; jose@markmigdal.com; David Boies2 <xboies@gmail.com>; Linda Carlsen <lcarlsen@bsfllp.com>; Howard Bushman <Howard@moskowitz-law.com>
**Cc:** Engel, Susan (DC) <Susan.Engel@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Bob@colson.com
**Subject:** RE: Garrison, Yang, Huang, Shetty, Livieratos

Thank you so much Andrew and we are always glad to see you great Firm involved in our class cases.  We met last week with the many participants in the various state court FTX cases and decided that before we serve any of the Defendants, we are going to file one Consolidated Amended Complaint and dismiss the other individual cases, so that we narrow and focus our state court cases.  We still also have our FTX federal class action cases (and will be filing one more), so please let us know if you are going to serve as defense counsel in any of those federal actions and we can coordinate the service with you. We certainly also want to try and organize those few federal cases, to the best that we can, so that we do not have the same litigation proceeding before different federal judges. I hope – from your email --  this also means that Bobby Martinez may be involved in these cases because he has always been a good friend and he is a great lawyer/person.  Thanks, Adam


Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>

www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

---

**From:** Andrew.Clubok@lw.com <Andrew.Clubok@lw.com>
**Sent:** Monday, December 5, 2022 2:21 PM
**To:** Adam Moskowitz <Adam@moskowitz-law.com>; Joseph Kaye <joseph@moskowitz-law.com>; dboies@bsfllp.com; szack@bsfllp.com; uungaro@bsfllp.com; rmcid@podhurst.com; jose@markmigdal.com
**Cc:** Susan.Engel@lw.com; Jessica.StebbinsBina@lw.com; Bob@colson.com
**Subject:** Garrison, Yang, Huang, Shetty, Livieratos

All:

    I hope all is well.  We are going to be representing several of the defendants in the above-captioned (and related) suits.  Is somebody available to talk about the matters including service, etc.?

Thanks
ABC

Andrew Clubok
Latham and Watkins LLP
202-637-3323
212-906-1272

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.