# Exhibit B

| | |
|---|---|
| **From:** | Jeffrey Neiman |
| **To:** | uungaro@bsfllp.com; szack@bsfllp.com; dboies@bsfllp.com; aboies@bsfllp.com; Adam Moskowitz; Joseph Kaye; jose@markmigdal.com; rmcid@podhurst.com |
| **Cc:** | Andrew Brettler; Jeffrey Marcus; Michael Pineiro; Brandon Floch |
| **Subject:** | ftx/kevin o"leary |
| **Date:** | Wednesday, January 4, 2023 3:18:23 PM |

Counsel,

We have been retained by Kevin O'Leary in the FTX related litigation pending in Miami state and federal courts. Mr. O'Leary is willing to waive service of a summons. Please send us the appropriate paperwork.

Thanks.

Jeff



Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Florida 33394
Telephone: (954) 462-1200
Fax: (954) 688-2492
jneiman@mnrlawfirm.com
www.mnrlawfirm.com

This e-mail message is from Marcus Neiman Rashbaum & Pineiro LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.