# Exhibit C

| | |
|---|---|
| **From:** | Adam Moskowitz |
| **To:** | Jeffrey Neiman; David Boies2; Alex Boies; Joseph Kaye; Linda Carlsen |
| **Cc:** | christopher.carver@akerman.com; zach@colson.com; Elizabeth.Greenman@lw.com; Bob@colson.com; scasey@colson.com; Marvin.Putnam@lw.com; Jessica.StebbinsBina@lw.com; Andrew.Clubok@lw.com; Susan.Engel@lw.com; michele.johnson@lw.com; Brandon Floch; Jeffrey Marcus; Michael Pineiro; aboies@bsfllp.com; xboies@gmail.com; lcarlsen@bsfllp.com; balexander@bsfllp.com; Joseph Kaye; Howard Bushman; Barbara C. Lewis; Rejane Passos; szack@bsfllp.com; devlinm@sullcrom.com; gluecksteinb@sullcrom.com; Nelless@sullcrom.com; cary.gonzalez@akerman.com; jason.oletsky@akerman.com; katie.johnson@akerman.com |
| **Subject:** | Re: Subject: RE: Garrison, Yang, Huang, Shetty, Livieratos |
| **Date:** | Wednesday, February 1, 2023 4:26:55 AM |

Thank you friends for all your emails. Chris, the Canes pulled out a great win against Virginia Tech and we can't wait to take on Duke next week at home!

Chris, it was also great talking to you about our pending Motion for Partial Summary Judgement, at our Miami Class Action Forum. The Forum was a great success and glad you could attend.

You specifically asked, and of course we agree, to give you a few days, to reply to our proposed request for a Status Conference with Judge Hanzman. We will take your Motion as your meet and confer response.

We will be filing our Request for a Status Conference this week, so we can sort through all of the various pending items. Thanks again, Adam

Sent from my iPhone

> On Jan 31, 2023, at 7:56 PM, Jeffrey Neiman <jneiman@mnrlawfirm.com> wrote:
>
> Counsel, we concur with our co-defendants.
>
> Jeffrey A. Neiman
> Marcus Neiman Rashbaum & Pineiro LLP
> 100 Southeast Third Avenue
> Suite 805
> Fort Lauderdale, Florida 33394
> Telephone:  954-462-1200
> jneiman@mnrlawfirm.com
>
> This e-mail message is from Marcus Neiman & Rashbaum LLP, a law firm, and may contain legally privileged  and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

On Jan 31, 2023, at 7:48 PM, christopher.carver@akerman.com wrote:

Counsel,

With the basketball cornucopia on right now - Lakers-Knicks, Heat-Cavs, Wake-Duke - work still tugs.

On behalf of Defendant Ortiz, we agree. The motion for partial summary judgment was filed before any Defendant appeared and its briefing is controlled by Rule 1.510. And, in any event, this action is properly stayed in deference to *Garrison*, the "first-filed action," as shown by the motion to stay filed today.

Accordingly, the motion for partial summary judgment is premature (at best) and a status conference would only be proper, if at all, after the motion to stay is adjudicated.

And, now, back to basketball.

Thanks,

Christopher S. Carver

*Counsel for Defendant David Ortiz*

vCard | Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Lipshultz, Zach <zach@colson.com>
**Sent:** Tuesday, January 31, 2023 7:15 PM
**To:** Adam Moskowitz
**Cc:** Elizabeth.Greenman@lw.com; Martinez, Roberto; Casey, Stephanie; Marvin.Putnam@lw.com; Jessica.StebbinsBina@lw.com; andrew.clubok@lw.com; Susan.Engel@lw.com; michele.johnson@lw.com; bfloch@mnrlawfirm.com; Carver, Christopher (Ptnr-Ftl); Jeffrey Marcus; Jeffrey Neiman; Michael Pineiro; aboies@bsfllp.com; David Boies2; Linda Carlsen; Brooke Alexander; Joseph Kaye; Howard Bushman; Barbara C. Lewis; Rejane Passos; Stephen N. Zack; Devlin, Michael P.; Glueckstein, Brian D.; Nelles, Sharon L.
**Subject:** Re: Subject: RE: Garrison, Yang, Huang, Shetty, Livieratos

**[External to Akerman]**

Counsel,

We have not been served with plaintiffs' motion for summary judgment. As I'm sure you're aware, Mr. Brady's counsel made their initial appearance in the *Norris* case today (1/31/2023) and thus have not received service of any documents through the Court's system prior to today. In any event, our understanding is that the time to respond to a motion for summary judgment is set forth in Rule 1.510(c)(5) of the Florida Rules of Civil Procedure, which states that the response must be served "[a]t least 20 days before the time fixed for the hearing." To our understanding, no hearing has been calendared on plaintiffs' motion.

Service on Mr. Brady has still not been "deemed effected" until February 7, 2023, and his initial response is not due until February 27, 2023. Moreover, as I am sure you are aware, today, defendants filed a joint motion to stay the *Norris* case in

deference to the first-filed federal *Garrison* case. Accordingly, with respect to summary judgment and a status conference, our position is that both are premature.

Thank you and have a safe and pleasant evening,

Zach

On Jan 27, 2023, at 12:39 PM, Adam Moskowitz <Adam@moskowitz-law.com> wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dear Counsel: We tried to generate this email to all counsel for all 3 Defendants (Messrs. Tom Brady, David Ortiz and Kevin O'Leary) in our state FTX matter, pending before the Honorable Michael Hanzman (so please just let us know if we should add and/or delete any names). We have also added to this email, counsel for third-party, Sullivan & Cromwell. We have spoken to many of you about various aspects of this case (and other related cases that you may be in), so we thought it made sense to get everyone on the same email chain. As you know, we filed a Motion for Partial Summary Judgement last week in this matter, and you should all know that our Miami-Complex Division has specific briefing deadlines for all Motions. We also served a third-party subpoena on Sullivan & Cromwell, and they have filed a motion for protective order in federal court in New York. Judge Hanzman already set an Initial Case Management hearing in this matter for March, but we thought it would be helpful if the Court held a brief Status Conference now, so that we could discuss/agree upon a briefing schedule and any and all other pending discovery issues (like the S&C subpoena). Please let us know if you would like us to inform the Court as to any thoughts/opinions you have on our request for a brief Status Conference. Thanks, Adam

Adam M. Moskowitz
The Moskowitz Law Firm

2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>