## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-20439-CIV-ALTONAGA/Damian

**MICHAEL NORRIS**, *et al.*,

     Plaintiffs,

v.

**THOMAS BRADY**, *et al.*,

     Defendants.

_____/

### <u>ORDER</u>

**THIS CAUSE** came before the Court *sua sponte*.  Defendants, Thomas Brady, Kevin O'Leary, and David Ortiz appear to have waived service of process.  (*See* Waivers of Service of Process [ECF No. 1-3] 63–65).[1]  To better manage the orderly progress of this case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers to the Amended Complaint [ECF No. 1-2] within the time allowed for Defendants to respond.

**DONE AND ORDERED** in Miami, Florida, this 6th day of February, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.