**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20439-CIV-ALTONAGA/Damian**

**MICHAEL NORRIS**, *et al.*,

    Plaintiffs,

v.

**THOMAS BRADY**, *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On February 3, 2023, Defendants filed a Notice of Removal [ECF No. 1] of the state court action. Defendants also submitted a copy of Plaintiff, Vijeth Shetty's Motion for Partial Summary Judgment [ECF No. 1-4] and a copy of Defendants' Motion to Stay in Favor of First-Filed Federal Action [ECF No. 4-1], both entered in the state court proceeding. On this date, however, Plaintiffs filed a Motion to Remand [ECF No. 22], challenging the Court's subject matter jurisdiction. To conserve the parties and judicial resources, it is

**ORDERED AND ADJUDGED** that Plaintiff, Vijeth Shetty's Motion for Partial Summary Judgment **[ECF No. 1-4]** and Defendants' Motion to Stay **[ECF No. 4-1]** are **DENIED without prejudice**. If the Court denies the Motion to Remand, the parties may file renewed motions, citing applicable federal authorities. The time for Defendants to file a response to the Amended Complaint [ECF No. 1-2] is stayed until the Motion to Remand and any renewed motion to stay are resolved.

Case No. 23-20439-CIV-ALTONAGA/Damian

**DONE AND ORDERED** in Miami, Florida, this 6th day of February, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record