**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 23-cv-20439**

**MICHAEL NORRIS**, *et al.*,

    *Plaintiffs,*

v.

**THOMAS BRADY**, *et al.*,

    *Defendants.*

_____/

**MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Andrew B. Brettler of the law firm Berk Brettler LLP located at 9119 Sunset Blvd., West Hollywood, CA 90069, telephone number (310) 278-2111, for purposes of appearance as co-counsel on behalf of Defendant, Kevin O'Leary in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Andrew B. Brettler to receive electronic filings in this case, and in support thereof states as follows:

    1.    Andrew B. Brettler is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of New Jersey since 2005, New York since 2006, and California since 2009. He is admitted to practice before the United States Supreme Court (2022); U.S. Court of Appeals for the 1st Circuit (2022); U.S. Court of Appeals for the 2nd Circuit (2015);

U.S. Court of Appeals for the 9th Circuit (2009); U.S. District Court – Central District of California (2009); U.S. District Court – Eastern District of California (2019); U.S. District Court – Northern District of California (2009); U.S. District Court – Southern District of California (2016); U.S. District Court – District of New Jersey (2005); U.S. District Court – Eastern District of New York (2006); U.S. District Court – Northern District of New York (2015); U.S. District Court – Southern District of New York (2006); and U.S. District Court – Western District of New York (2014).

2. Movant, Jeffrey A. Neiman, of the law firm Marcus Neiman Rashbaum & Pineiro LLP, located at 100 SE 3rd Ave., Suite 805, Fort Lauderdale, Florida 33394, telephone number (954) 462-1200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Andrew B. Brettler will make a payment of this Court's $200 admission fee. A certification in accordance with Local Rule 4(b) is attached hereto as Exhibit A.

4. Andrew B. Brettler, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Andrew B. Brettler at the following email address: abrettler@berkbrettler.com.

WHEREFORE, Jeffrey A. Neiman, moves this Court to enter an Order for Andrew B. Brettler to appear before this Court on behalf of Defendant, Kevin O'Leary, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Andrew B. Brettler. A copy of the proposed order is attached hereto as Exhibit B.

Date: February 7, 2023

>Respectfully submitted,
>
>/s/ Jeffrey A. Neiman
>Jeffrey A. Neiman
>Florida Bar No. 544469
>
>**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
>100 SE 3rd Ave Ste 805
>Fort Lauderdale, FL 33394
>Telephone: (954) 462-1200
>jneiman@mnrlawfirm.com
>
>*Counsel for Kevin O'Leary*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

>By:   /s/ Jeffrey A. Neiman
>       Jeffrey A. Neiman