UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-cv-20439

**MICHAEL NORRIS**, *et al.*,

    *Plaintiffs,*

v.

**THOMAS BRADY**, *et al.*,

    *Defendants.*

_____/

## CERTIFICATION OF ANDREW B. BRETTLER

I, Andrew B. Brettler, hereby certify pursuant to Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of New Jersey since 2005, New York since 2006, and California since 2009; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Date: February 7, 2023

                                                Respectfully submitted,

                                                /s/ Andrew B. Brettler
                                                Andrew B. Brettler