UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20439-CIV-ALTONAGA/Damian

**MICHAEL NORRIS**, *et al.*,

  Plaintiffs,
v.

**THOMAS BRADY**, *et al.*,

  Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the Motion to Appear Pro Hac Vice for Andrew B. Brettler, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 25]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Andrew B. Brettler may appear and participate in this action on behalf of Kevin O'Leary. The clerk shall provide electronic notification of all electronic filings to Andrew B. Brettler, at abrettler@berkbrettler.com.

**DONE AND ORDERED** in Miami, Florida, this 8th day of February, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record