UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20439-CIV-ALTONAGA/Damian

**MICHAEL NORRIS**, *et al.*,

    Plaintiffs,

v.

**THOMAS BRADY**, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on the Defendants' Motion to Defer or Extend Deadlines Set by Order [ECF No. 6] and Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 7], filed on February 10, 2023 [ECF No. 27]. The deadline at issue is today; Plaintiffs have not filed an expedited response opposing the relief requested. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline set by the February 3, 2023 Order [ECF No. 6] and Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 7] is deferred pending further order of the Court. Nevertheless, the obligation to provide certificates of interested parties and corporate disclosure statements remains.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record