UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-20439-CIV-ALTONAGA/Damian

**MICHAEL NORRIS**, *et al.*,

    Plaintiffs,

v.

**TOM BRADY**, *et al.*,

    Defendants.

_____/

## DEFENDANT DAVID ORTIZ' CERTIFICATE OF INTERESTED PERSONS

Defendant David Ortiz hereby files his *Certificate of Interested Persons* pursuant to the *Order Requiring Scheduling Report and Certificates of Interested Parties* [ECF No. 7], which requires the parties to file a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

1. Plaintiffs
    a. Michael Norris
    b. Bo Yang
    c. Brandon Rowan
    d. Michael Livieratos
    e. Shengyun Huang
    f. Vijeth Shetty
2. Counsel for Plaintiffs
    a. Boies Schiller Flexner LLP
        i. Alexander Boies, Esq.

- 2 -

    ii. David Boies, Esq.

    iii. Ursula Ungaro, Esq.

    iv. Stephen N. Zack, Esq.

  b. Mark Migdal & Hayden

    i. Jose Manuel Ferrer, Esq.

  c. The Moskowitz Law Firm, PLLC

    i. Adam M. Moskowitz, Esq.

    ii. Joseph M. Kaye, Esq.

  d. Podhurst Orseck, P.A. (former counsel for Plaintiffs; order granting withdrawal entered Jan. 27, 2023)

    i. Lea P. Bucciero, Esq.

    ii. Ricardo M. Martinez-Cid, Esq.

    iii. Zachary S. Gorwitz, Esq.

3. Defendants

  a. Thomas Brady

  b. Kevin O'Leary

  c. David Ortiz

4. Counsel for Defendants

  a. Akerman LLP, counsel for David Ortiz

    i. Christopher S. Carver, Esq.

    ii. Katherine A. Johnson, Esq.

    iii. Jason S. Oletsky, Esq.

  b. Berk Brettler LLP, counsel for Kevin O'Leary

    i. Andrew B. Brettler, Esq.

    c. Colson Hicks Edison, P.A., counsel for Thomas Brady

        i. Stephanie A. Casey, Esq.

        ii. Zachary Andrew Lipshultz, Esq.

        iii. Roberto Martinez, Esq.

    d. Latham & Watkins LLP, counsel for Thomas Brady

        i. Jessica Stebbins Bina, Esq.

        ii. Andrew B. Clubok, Esq.

        iii. Susan E. Engel, Esq.

        iv. Michele D. Johnson, Esq.

        v. Elizabeth A. Greenman, Esq.

        vi. Marvin Putnam, Esq.

        vii. Brittany M.J. Record, Esq.

    e. Marcus Neiman Rashbaum & Pineiro LLP, counsel for Kevin O'Leary

        i. Brandon S. Floch, Esq.

        ii. Jeffrey Marcus, Esq.

        iii. Jeffrey Neiman, Esq.

        iv. Michael Pineiro, Esq.

5. Other Third Parties with potential financial interests

        i. American International Group, Inc.

        ii. Hiscox Ltd.

        iii. Liberty Mutual Group.

        iv. O'Leary Productions Inc.

        v. Radgen Sports Management, LLC

        vi. TEB Capital Management, Inc.

6. Third-Party Entities with potential financial interests[1]

    a. Alameda Aus Pty Ltd

    b. Alameda Global Services Ltd.

    c. Alameda Research (Bahamas) Ltd

    d. Alameda Research Holdings Inc.

    e. Alameda Research KK

    f. Alameda Research LLC

    g. Alameda Research Ltd

    h. Alameda Research Pte Ltd Alameda Research Yankari Ltd

    i. Alameda TR Ltd

    j. Alameda TR Systems S. de R. L.

    k. Allston Way Ltd

    l. Altalix Ltd

    m. Analisya Pte Ltd

    n. Atlantis Technology Ltd.

    o. B for Transfer Egypt

    p. B Payment Services Nigeria

    q. B Transfer Services Ltd

    r. B Transfer Services Ltd. UAE

    s. B Transfer Services Uganda

    t. Bancroft Way Ltd

    u. BitPesa Kenya Ltd.

---

[1] FTX Trading Ltd. entities listed in its Voluntary Petition for Non-Individuals Filing Bankruptcy, *In re FTX Trading Ltd.*, No. 22-11068 (JTD) (Bankr. D. Del.) [ECF No. 1].

- 5 -

v. BitPesa RDC SARL

w. BitPesa Senegal Ltd.

x. BitPesa South Africa

y. BitPesa Tanzania Ltd.

z. BitPesa Uganda Ltd.

aa. Bitvo, Inc.

bb. Blockfolio Holdings, Inc.

cc. Blockfolio, Inc.

dd. Blue Ridge Ltd

ee. BT Payment Services Ghana

ff. BT Payment Services South Africa

gg. BT Payments Uganda

hh. BT Pesa Nigeria Ltd.

ii. BTC Africa S.A.

jj. BTLS Limited Tanzania

kk. Cardinal Ventures Ltd

ll. Cedar Bay Ltd

mm. Cedar Grove Technology Services, Ltd

nn. Clifton Bay Investments LLC

oo. Clifton Bay Investments Ltd

pp. CM-Equity AG

qq. Corner Stone Staffing

rr. Cottonwood Grove Ltd

ss. Cottonwood Technologies Ltd.

tt. Crypto Bahamas LLC

uu. DAAG Trading, DMCC

vv. Deck Technologies Holdings LLC

ww. Deck Technologies Inc.

xx. Deep Creek Ltd

yy. Digital Custody Inc.

zz. Euclid Way Ltd

aaa. Exchange 4 Free Seychellen

bbb. Exchange 4Free Australia Br.

ccc. Exchange 4Free Ltd.

ddd. Exchange 4Free South Africa Br.

eee. Exchange 4Free Swiss Branch

fff. Finfax Company

ggg. FTX (Gibraltar) Ltd

hhh. FTX Canada Inc

iii. FTX Certificates GmbH

jjj. FTX Crypto Services Ltd.

kkk. FTX Digital Assets LLC

lll. FTX Digital Holdings (Singapore) Pte Ltd

mmm. FTX EMEA Ltd.

nnn. FTX Equity Record Holdings Ltd

ooo. FTX Europe AG

ppp. FTX Exchange FZE

qqq. FTX Hong Kong Ltd

- 7 -

rrr.  FTX Japan Holdings K.K.

sss.  FTX Japan K.K.

ttt.  FTX Japan Services KK

uuu.  FTX Lend Inc.

vvv.  FTX Marketplace, Inc.

www.  FTX Products (Singapore) Pte Ltd

xxx.  FTX Property Holdings Ltd

yyy.  FTX Services Solutions Ltd.

zzz.  FTX Structured Products AG

aaaa.  FTX Switzerland GmbH

bbbb.  FTX Trading GmbH

cccc.  FTX Trading Ltd

dddd.  FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET

eeee.  FTX US Derivatives LLC

ffff.  FTX US Services, Inc.

gggg.  FTX US Trading, Inc

hhhh.  FTX Vault Trust Company

iiii.  FTX Ventures Ltd

jjjj.  FTX Ventures Partnership

kkkk.  FTX Zuma Ltd

llll.  GG Trading Terminal Ltd

mmmm.  Global Compass Dynamics Ltd.

nnnn.  Good Luck Games, LLC

oooo.  Goodman Investments Ltd.

pppp.   Hannam Group Inc

qqqq.   Hawaii Digital Assets Inc.

rrrr.   Hilltop Technology Services LLC

ssss.   Hive Empire Trading Pty Ltd

tttt.   Innovatia Ltd

uuuu.   Island Bay Ventures Inc

vvvv.   K-DNA Financial Services Ltd

wwww.   Killarney Lake Investments Ltd

xxxx.   Ledger Holdings Inc.

yyyy.   LedgerPrime Bitcoin Yield Enhancement Fund, LLC

zzzz.   LedgerPrime Bitcoin Yield Enhancement Master Fund LP

aaaaa.  LedgerPrime Digital Asset Opportunities Fund, LLC

bbbbb.  LedgerPrime Digital Asset Opportunities Master Fund LP

ccccc.  Ledger Prime LLC

ddddd.  LedgerPrime Ventures, LP

eeeee.  Liquid Financial USA Inc.

fffff.  LiquidEX LLC

ggggg.  Liquid Securities Singapore Pte Ltd

hhhhh.  LT Baskets Ltd.

iiiii.  Maclaurin Investments Ltd.

jjjjj.  Mangrove Cay Ltd

kkkkk.  North Dimension Inc

lllll.  North Dimension Ltd

mmmmm. North Wireless Dimension Inc

nnnnn.   Paper Bird Inc

ooooo.   Pioneer Street Inc.

ppppp.   Quoine India Pte Ltd

qqqqq.   Quoine Pte Ltd

rrrrr.   Quoine Vietnam Co. Ltd

sssss.   SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ

ttttt.   Strategy Ark Collective Ltd.

uuuuu.   Technology Services Bahamas Limited

vvvvv.   Tigetwit Ltd

wwwww.   TransferZero

xxxxx.   Verdant Canyon Capital LLC

yyyyy.   West Innovative Barista Ltd.

zzzzz.   West Realm Shires Financial Services Inc.

aaaaaa.   West Realm Shires Services Inc.

bbbbbb.   Western Concord Enterprises Ltd.

cccccc.   Zubr Exchange Ltd

                Respectfully submitted,

Dated:  February 13, 2023

**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver, Esq.
    Florida Bar No. 993580
    christopher.carver@akerman.com
    Jason S. Oletsky, Esq.
    Florida Bar No. 9301
    jason.oletsky@akerman.com

Katherine A Johnson, Esq.
Florida Bar No. 1040357
katie.johnson@akerman.com

*Attorneys for Defendant David Ortiz*