UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-cv-20439-CIV-ALTONAGA/Damian

**MICHAEL NORRIS**, *et al.*,

    *Plaintiffs,*

v.

**THOMAS BRADY**, *et al.*,

    *Defendants.*

_____/

## <u>DEFENDANT KEVIN O'LEARY'S CERTIFICATE OF INTERESTED PARTIES</u>

Defendant Kevin O'Leary hereby files this Certificate of Interested Persons pursuant to the Court's Order Requiring Scheduling Report and Certificates of Interested Parties dated February 3, 2023 (ECF No. 7), requiring a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

    A. Plaintiffs

        1. Michael Norris

        2. Brandon Rowan

        3. Michael Livieratos

        4. Shengyun Huang

        5. Vijeth Shetty

        6. Bo Yang

    B. Counsel for Plaintiffs

        1. The Moskowitz Law Firm, PLLC

            i. Adam M. Moskowitz, Esq.

            ii. Joseph M. Kaye, Esq.

        2. Mark Migdal and Hayden

         i. Jose Manuel Ferrer, Esq.

    3. Boies Schiller Flexner LLP

         i. Stephen N. Zack, Esq.

         ii. Ursula Ungaro, Esq.

         iii. Alexander Boies, Esq.

         iv. David Boies, Esq.

    4. Podhurst Orseck, P.A. (former counsel to Plaintiffs)

         i. Ricardo M. Martinez-Cid, Esq.

         ii. Lea P. Bucciero, Esq.

         iii. Zachary S. Gorwitz, Esq.

C. Defendants

    1. Thomas Brady

    2. Kevin O'Leary

    3. David Ortiz

D. Counsel for Defendants

    1. Marcus Neiman Rashbaum & Pineiro LLP (counsel to Mr. O'Leary)

         i. Jeffrey Adam Neiman, Esq.

         ii. Jeffrey Eldridge Marcus, Esq.

         iii. Michael Anthony Pineiro, Esq.

         iv. Brandon Scott Floch, Esq.

    2. Berk Brettler LLP (counsel to Mr. O'Leary)

         i. Andrew B. Brettler, Esq.

    3. Latham & Watkins LLP (counsel to Mr. Brady)

         i. Andrew B. Clubok, Esq.

         ii. Susan E. Engel, Esq.

         iii. Jessica Stebbins Bina, Esq.

         iv. Michele D. Johnson, Esq.

         v. Marvin Putnam, Esq.

         vi. Elizabeth A. Greenman, Esq.

         vii. Brittany M.J. Record, Esq.

    4. Colson Hicks Eidson (counsel to Mr. Brady)

       i.   Roberto Martinez, Esq.

      ii.   Stephanie Anne Casey, Esq.

    iii.   Zachary Andrew Lipshultz, Esq.

5.  Akerman LLP (counsel to Mr. Ortiz)

       i.   Christopher Stephen Carver, Esq.

      ii.   Jason Samuel Oletsky, Esq.

    iii.   Katherine Ann Johnson, Esq.

E.  Other third parties with potential financial interests

   1.  O'Leary Productions Inc.

   2.  American International Group, Inc.

   3.  Hiscox Ltd.

   4.  Liberty Mutual Group

   5.  Radgen Sports Management, LLC

   6.  TEB Capital Management, Inc.

F.  Parties related to the pending bankruptcy case *In re FTX Holding Ltd.*, No. 22-11068 (JTD) (Bankr. D. Del.) [ECF No. 1]

   1.  Alameda Aus Pty Ltd

   2.  Alameda Global Services Ltd.

   3.  Alameda Research (Bahamas) Ltd

   4.  Alameda Research Holdings Inc.

   5.  Alameda Research KK

   6.  Alameda Research LLC

   7.  Alameda Research Ltd

   8.  Alameda Research Pte Ltd

   9.  Alameda Research Yankari Ltd

  10.  Alameda TR Ltd

  11.  Alameda TR Systems S. de R. L.

  12.  Allston Way Ltd

  13.  Altalix Ltd

  14.  Analisya Pte Ltd

  15.  Atlantis Technology Ltd.

16. B for Transfer Egypt

17. B Payment Services Nigeria

18. B Transfer Services Ltd

19. B Transfer Services Ltd. UAE

20. B Transfer Services Uganda

21. Bancroft Way Ltd

22. BitPesa Kenya Ltd.

23. BitPesa RDC SARL

24. BitPesa Senegal Ltd.

25. BitPesa South Africa

26. BitPesa Tanzania Ltd.

27. BitPesa Uganda Ltd.

28. Bitvo, Inc.

29. Blockfolio Holdings, Inc.

30. Blockfolio, Inc.

31. Blue Ridge Ltd

32. BT Payment Services Ghana

33. BT Payment Services South Africa

34. BT Payments Uganda

35. BT Pesa Nigeria Ltd.

36. BTC Africa S.A.

37. BTLS Limited Tanzania

38. Cardinal Ventures Ltd

39. Cedar Bay Ltd

40. Cedar Grove Technology Services, Ltd

41. Clifton Bay Investments LLC

42. Clifton Bay Investments Ltd

43. CM-Equity AG

44. Corner Stone Staffing

45. Cottonwood Grove Ltd

46. Cottonwood Technologies Ltd.

47. Crypto Bahamas LLC

48. DAAG Trading, DMCC

49. Deck Technologies Holdings LLC

50. Deck Technologies Inc.

51. Deep Creek Ltd

52. Digital Custody Inc.

53. Euclid Way Ltd

54. Exchange 4 Free Seychellen

55. Exchange 4Free Australia Br.

56. Exchange 4Free Ltd.

57. Exchange 4Free South Africa Br.

58. Exchange 4Free Swiss Branch

59. Finfax Company

60. FTX (Gibraltar) Ltd

61. FTX Canada Inc

62. FTX Certificates GmbH

63. FTX Crypto Services Ltd.

64. FTX Digital Assets LLC

65. FTX Digital Holdings (Singapore) Pte Ltd

66. FTX EMEA Ltd.

67. FTX Equity Record Holdings Ltd

68. FTX Europe AG

69. FTX Exchange FZE

70. FTX Hong Kong Ltd

71. FTX Japan Holdings K.K.

72. FTX Japan K.K.

73. FTX Japan Services KK

74. FTX Lend Inc.

75. FTX Marketplace, Inc.

76. FTX Products (Singapore) Pte Ltd

77. FTX Property Holdings Ltd

78. FTX Services Solutions Ltd.

79. FTX Structured Products AG

80. FTX Switzerland GmbH

81. FTX Trading GmbH

82. FTX Trading Ltd

83. FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET

84. FTX US Derivatives LLC

85. FTX US Services, Inc.

86. FTX US Trading, Inc

87. FTX Vault Trust Company

88. FTX Ventures Ltd

89. FTX Ventures Partnership

90. FTX Zuma Ltd

91. GG Trading Terminal Ltd

92. Global Compass Dynamics Ltd.

93. Good Luck Games, LLC

94. Goodman Investments Ltd.

95. Hannam Group Inc

96. Hawaii Digital Assets Inc.

97. Hilltop Technology Services LLC

98. Hive Empire Trading Pty Ltd

99. Innovatia Ltd

100. Island Bay Ventures Inc

101. K-DNA Financial Services Ltd

102. Killarney Lake Investments Ltd

103. Ledger Holdings Inc.

104. LedgerPrime Bitcoin Yield Enhancement Fund, LLC

105. LedgerPrime Bitcoin Yield Enhancement Master Fund LP

106. LedgerPrime Digital Asset Opportunities Fund, LLC

107. LedgerPrime Digital Asset Opportunities Master Fund LP

108. Ledger Prime LLC

109. LedgerPrime Ventures, LP

110. Liquid Financial USA Inc.

111. LiquidEX LLC

112. Liquid Securities Singapore Pte Ltd

113. LT Baskets Ltd.

114. Maclaurin Investments Ltd.

115. Mangrove Cay Ltd

116. North Dimension Inc

117. North Dimension Ltd

118. North Wireless Dimension Inc

119. Paper Bird Inc

120. Pioneer Street Inc.

121. Quoine India Pte Ltd

122. Quoine Pte Ltd

123. Quoine Vietnam Co. Ltd

124. SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ

125. Strategy Ark Collective Ltd.

126. Technology Services Bahamas Limited

127. Tigetwit Ltd

128. TransferZero

129. Verdant Canyon Capital LLC

130. West Innovative Barista Ltd.

131. West Realm Shires Financial Services Inc.

132. West Realm Shires Services Inc.

133. Western Concord Enterprises Ltd.

134. Zubr Exchange Ltd

Dated: February 13, 2023

Respectfully submitted,

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

100 SE Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: /s/ Brandon S. Floch
  Jeffrey Neiman
  jneiman@mnrlawfirm.com
  Fla Bar. No. 544469
  Jeffrey Marcus
  jmarcus@mnrlawfirm.com
  Fla. Bar No. 310890
  Michael Pineiro
  mpineiro@mnrlawfirm.com
  Fla. Bar No. 041897
  Brandon Floch
  bfloch@mnrlawfirm.com
  Fla. Bar No. 125218

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
abrettler@berkbrettler.com

*Attorneys for Kevin O'Leary*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, a true and correct copy of the foregoing was

served via CM/ECF on all counsel or parties of record.

By:  /s/ Brandon S. Floch

8