**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 23-cv-20439

MICHAEL NORRIS, *et al.*,

    Plaintiffs,

v.

THOMAS BRADY, *et al.*,

    Defendants.

_____/

**DEFENDANT THOMAS BRADY'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant Thomas Brady hereby files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to the Court's Order Requiring Scheduling Report and Certificates of Interested Parties dated February 3, 2023 (ECF No. 7), requiring a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

    A. Plaintiffs

        1. Michael Norris

        2. Brandon Rowan

        3. Michael Livieratos

        4. Shengyun Huang

        5. Vijeth Shetty

        6. Bo Yang

    B. Counsel for Plaintiffs

        1. The Moskowitz Law Firm, PLLC

            i. Adam M. Moskowitz, Esq.

            ii. Joseph M. Kaye, Esq.

        2. Mark Migdal and Hayden

1

        i. Jose Manuel Ferrer, Esq.
- 3. Boies Schiller Flexner LLP
    - i. Stephen N. Zack, Esq.
    - ii. Ursula Ungaro, Esq.
    - iii. Alexander Boies, Esq.
    - iv. David Boies, Esq.
- 4. Podhurst Orseck, P.A. (former counsel to Plaintiffs)
    - i. Ricardo M. Martinez-Cid, Esq.
    - ii. Lea P. Bucciero, Esq.
    - iii. Zachary S. Gorwitz, Esq.

C. Defendants
1. Thomas Brady
2. Kevin O'Leary
3. David Ortiz

D. Counsel for Defendants
1. Latham & Watkins LLP (counsel to Mr. Brady)
    - i. Andrew B. Clubok, Esq.
    - ii. Susan E. Engel, Esq.
    - iii. Jessica Stebbins Bina, Esq.
    - iv. Michele D. Johnson, Esq.
    - v. Marvin Putnam, Esq.
    - vi. Elizabeth A. Greenman, Esq.
    - vii. Brittany M.J. Record, Esq.
2. Colson Hicks Eidson (counsel to Mr. Brady)
    - i. Roberto Martinez, Esq.
    - ii. Stephanie Anne Casey, Esq.
    - iii. Zachary Andrew Lipshultz, Esq.
3. Akerman LLP (counsel to Mr. Ortiz)
    - i. Christopher Stephen Carver, Esq.
    - ii. Jason Samuel Oletsky, Esq.
    - iii. Katherine Ann Johnson, Esq.

4. Marcus Neiman Rashbaum & Pineiro LLP (counsel to Mr. O'Leary)
    i. Brandon Scott Floch, Esq.
    ii. Jeffrey Eldridge Marcus, Esq.
    iii. Jeffrey Adam Neiman, Esq.
    iv. Michael Anthony Pineiro, Esq.
5. Berk Brettler LLP (counsel to Mr. O'Leary)
    i. Andrew B. Brettler, Esq.

E. Other third parties with potential financial interest in the above-captioned case
   1. O'Leary Productions Inc.
   2. Radgen Sports Management, LLC
   3. TEB Capital Management, Inc.
   4. Hiscox Ltd.
   5. American International Group, Inc.
   6. Liberty Mutual Group

F. Parties related to the pending bankruptcy case *In re FTX Holding Ltd.*, No. 22-11068 (JTD) (Bankr. D. Del.)
   1. Alameda Aus Pty Ltd.
   2. Alameda Global Services Ltd.
   3. Alameda Research (Bahamas) Ltd
   4. Alameda Research Holdings Inc.
   5. Alameda Research KK
   6. Alameda Research LLC
   7. Alameda Research Ltd.
   8. Alameda Research Pte Ltd.
   9. Alameda Research Yankari Ltd.
   10. Alameda TR Ltd.
   11. Alameda TR Systems S. de R. L.
   12. Allston Way Ltd.
   13. Altalix Ltd.
   14. Analisya Pte Ltd.
   15. Atlantis Technology Ltd.

16. B for Transfer Egypt
17. B Payment Services Nigeria
18. B Transfer Services Ltd.
19. B Transfer Services Ltd. UAE
20. B Transfer Services Uganda
21. Bancroft Way Ltd.
22. BitPesa Kenya Ltd.
23. BitPesa RDC SARL
24. BitPesa Senegal Ltd.
25. BitPesa South Africa
26. BitPesa Tanzania Ltd.
27. BitPesa Uganda Ltd.
28. Bitvo, Inc.
29. Blockfolio Holdings, Inc.
30. Blockfolio, Inc.
31. Blue Ridge Ltd.
32. BT Payment Services Ghana
33. BT Payment Services South Africa
34. BT Payments Uganda
35. BT Pesa Nigeria Ltd.
36. BTC Africa S.A.
37. BTLS Limited Tanzania
38. Cardinal Ventures Ltd
39. Cedar Bay Ltd.
40. Cedar Grove Technology Services, Ltd.
41. Clifton Bay Investments LLC
42. Clifton Bay Investments Ltd.
43. CM-Equity AG
44. Corner Stone Staffing
45. Cottonwood Grove Ltd.
46. Cottonwood Technologies Ltd.

47. Crypto Bahamas LLC
48. DAAG Trading, DMCC
49. Deck Technologies Holdings LLC
50. Deck Technologies Inc.
51. Deep Creek Ltd.
52. Digital Custody Inc.
53. Euclid Way Ltd.
54. Exchange 4 Free Seychellen
55. Exchange 4Free Australia Br.
56. Exchange 4Free Ltd.
57. xchange 4Free South Africa Br.
58. Exchange 4Free Swiss Branch
59. Finfax Company
60. FTX (Gibraltar) Ltd.
61. FTX Canada Inc.
62. FTX Certificates GmbH
63. FTX Crypto Services Ltd.
64. FTX Digital Assets LLC
65. FTX Digital Holdings (Singapore) Pte Ltd.
66. FTX EMEA Ltd.
67. FTX Equity Record Holdings Ltd.
68. FTX Europe AG
69. FTX Exchange FZE
70. FTX Hong Kong Ltd.
71. FTX Japan Holdings K.K.
72. FTX Japan K.K.
73. FTX Japan Services KK
74. FTX Lend Inc.
75. FTX Marketplace, Inc.
76. FTX Products (Singapore) Pte Ltd.
77. FTX Property Holdings Ltd.

78. FTX Services Solutions Ltd.
79. FTX Structured Products AG
80. FTX Switzerland GmbH
81. FTX Trading GmbH
82. FTX Trading Ltd.
83. FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
84. FTX US Derivatives LLC
85. FTX US Services, Inc.
86. FTX US Trading, Inc.
87. FTX Vault Trust Company
88. FTX Ventures Ltd.
89. FTX Ventures Partnership
90. FTX Zuma Ltd.
91. GG Trading Terminal Ltd.
92. Global Compass Dynamics Ltd.
93. Good Luck Games, LLC
94. Goodman Investments Ltd.
95. Hannam Group Inc.
96. Hawaii Digital Assets Inc.
97. Hilltop Technology Services LLC
98. Hive Empire Trading Pty Ltd.
99. Innovatia Ltd.
100. Island Bay Ventures Inc.
101. K-DNA Financial Services Ltd.
102. Killarney Lake Investments Ltd.
103. Ledger Holdings Inc.
104. LedgerPrime Bitcoin Yield Enhancement Fund, LLC
105. LedgerPrime Bitcoin Yield Enhancement Master Fund LP
106. LedgerPrime Digital Asset Opportunities Fund, LLC
107. LedgerPrime Digital Asset Opportunities Master Fund LP
108. Ledger Prime LLC

109. LedgerPrime Ventures, LP
110. Liquid Financial USA Inc.
111. LiquidEX LLC
112. Liquid Securities Singapore Pte Ltd
113. LT Baskets Ltd.
114. Maclaurin Investments Ltd.
115. Mangrove Cay Ltd.
116. North Dimension Inc.
117. North Dimension Ltd.
118. North Wireless Dimension Inc.
119. Paper Bird Inc.
120. Pioneer Street Inc.
121. Quoine India Pte Ltd.
122. Quoine Pte Ltd.
123. Quoine Vietnam Co. Ltd.
124. SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
125. Strategy Ark Collective Ltd.
126. Technology Services Bahamas Ltd.
127. Tigetwit Ltd.
128. TransferZero
129. Verdant Canyon Capital LLC
130. West Innovative Barista Ltd.
131. West Realm Shires Financial Services Inc.
132. West Realm Shires Services Inc.
133. Western Concord Enterprises Ltd.
134. Zubr Exchange Ltd.

Dated: February 13, 2023

Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martínez*
   Roberto Martínez
   Florida Bar No. 305596
   bob@colson.com
   Stephanie A. Casey
   Florida Bar No. 97483
   scasey@colson.com
   Zachary Lipshultz
   Florida Bar No. 123594
   zach@colson.com

**LATHAM & WATKINS LLP**
   Andrew Clubok (*pro hac vice*)
    *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice*)
    *susan.engel@lw.com*
   Brittany M.J. Record (*pro hac vice*)
    *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
   Elizabeth A. Greenman (*pro hac vice*)
    *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
   Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendant Thomas Brady*