**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 23-20439-CIV-ALTONAGA/Damian**

MICHAEL NORRIS, *et al.*,

      Plaintiffs,

v.

THOMAS BRADY, *et al.*,

      Defendants.

_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's February 13, 2023 Order [ECF No. 28], Plaintiffs Michael Norris, Brandon Rowan, Michael Livieratos, Shengyun Huang, Vijeth Shetty, and Bo Yang ("Plaintiffs"), hereby disclose the following list of known persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party in this case:

1. Michael Norris, Plaintiff

2. Brandon Rowan, Plaintiff

3. Michael Livieratos, Plaintiff

4. Shengyun Huang, Plaintiff

5. Vijeth Shetty, Plaintiff

6. Bo Yang, Plaintiff

7. The Moskowitz Law Firm, PLLC, Counsel for Plaintiffs

    a. Adam M. Moskowitz

    b. Joseph M. Kaye

8. Boies Schiller Flexner, LLP, Counsel for Plaintiffs

    a. David Boies (*Pro Hac Vice* Application Forthcoming)

    b. Alex Boies (*Pro Hac Vice* Application Forthcoming)

    c. Stephen Neal Zack

9.  Mark Migdal & Hayden, Counsel for Plaintiffs

    a.  Jose M. Ferrer

10. Thomas Brady, Defendant

11. Kevin O'Leary, Defendant

12. David Ortiz, Defendant

13. Latham and Watkins LLP, Counsel for Defendant Thomas Brady

    a.  Andrew Clubok

    b.  Jessica Stebbins Bina

    c.  Brittany M.J. Record

    d.  Michele D. Johnson

    e.  Marvin Putnam

    f.  Elizabeth A. Greenman

    g.  Susan E. Engel

14. Colson Hicks Eidson, Counsel for Defendant Thomas Brady

    a.  Roberto Martínez

    b.  Zachary Andrew Lipshultz

    c.  Stephanie A. Casey

15. Marcus Neiman Rashbaum & Pineiro LLP, Counsel for Defendants Kevin O'Leary

    a.  Jeffrey A. Neiman

    b.  Brandon S. Floch

    c.  Jeffrey E. Marcus

    d.  Michael A. Pineiro

16. Berk Brettler LLP, Counsel for Defendants Kevin O'Leary

    a.  Andrew Brettler

17. Akerman LLP, Counsel for Defendants David Ortiz

    a.  Christopher S. Carver

    b.  Jason S. Oletsky

    c.  Katherine A. Johnson

CASE NO.: 23-20439-CIV-ALTONAGA/Damian

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: February 13, 2023                              Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: */s/David Boies*
David Boies
(*Pro Hac Vice* Application Forthcoming)
Alexander Boies
(*Pro Hac Vice* Application Forthcoming)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
uungaro@bsfllp.com

By: */s/Jose M. Ferrer*
Jose M. Ferrer
Florida Bar No. 173746
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130

Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on February 13, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280