UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20439-CIV-ALTONAGA

**MICHAEL NORRIS**, *et al.*,

    Plaintiffs,

v.

**THOMAS BRADY**, *et al.*,

    Defendants.

_____/

### ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case Number **22-23753-CIV-MOORE**, and subject to the consent of the Honorable K. Michael Moore, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge K. Michael Moore for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 15th day of February, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

CASE NO. 23-20439-CIV

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **23-20439-CIV-MOORE**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this *15th* day of February, 2023.

_____
**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record