# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-20439-KMM

MICHAEL NORRIS, *et al.*,

    Plaintiffs,

v.

THOMAS BRADY, *et al.*,

    Defendants.

_____/

## ORDER OF RECUSAL

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of February, 2023.

*[signature]*

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of _____Eduardo I. Sanchez_____. Copies of this Order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: 23-cv-20439-MOORE/ Sanchez .

**BY ORDER OF THE COURT** this __15th__ day of __February__, 2023, Miami, Florida.

        ANGELA E. NOBLE
        Clerk of Court

By: /s/Valerie Kemp
        Deputy Clerk