UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-20439-KMM

MICHAEL NORRIS, *et al.*,

    Plaintiffs,

v.

THOMAS BRADY, *et al.*,

    Defendants.

_____/

**UNOPPOSED MOTION BY DEFENDANTS FOR EXTENSION OF TIME TO FILE
OPPOSITION TO PLAINTIFFS' MOTION TO REMAND [ECF No. 22]**

Defendants Thomas Brady, Kevin O'Leary, and David Ortiz (collectively, "Defendants") move for a two-week extension of time to file their opposition to *Plaintiffs' Motion to Remand* [ECF No. 22], which is presently due February 21, 2023. Plaintiffs do not oppose the requested extension.

In support of this motion, Defendants state:

1. This action was removed to this Court on February 3, 2023. [ECF No. 1]. The action as removed had two pending motions: *Defendants' Motion to Stay in Favor of First-Filed Federal Action* ("*Defendants' Motion to Stay*") [ECF No. 4-1] and *Plaintiff Vijeth Shetty's Motion for Partial Summary Judgment on Whether the YBA He Purchased Was a "Security"* ("*Plaintiff Shetty's Motion for Partial Summary Judgment*") [ECF No. 1-4].

2. Plaintiffs filed their *Motion to Remand* on February 6, 2023, making Defendants' opposition due on February 21, 2023 (because February 20 is a federal holiday). *See* Rule 6(a), FED. R. CIV. P.; S.D. Fla. L.R. 7.1(c)(1).

3. On February 10, 2023, the Hon. Cecilia Altonaga – to whom this action was originally assigned – denied without prejudice *Defendants' Motion to Stay* and *Plaintiff Shetty's*

*Motion for Partial Summary Judgment* and stayed Defendants' deadline to respond to the operative *Amended Complaint* [ECF No. 1-1] "until the Motion to Remand and any renewed motion to stay are resolved." *See* ECF No. 24 at 1.

4. On February 15, 2023, Chief Judge Altonaga transferred this case to this Court, before whom is also pending the first-filed, functionally-identical lawsuit styled *Garrison v. Bankman-Fried*, No. 1:22-cv-23753-KMM (the "*Garrison* Action"). *See Order of Transfer* [ECF No. 33].

5. Because Defendants require additional time to prepare their joint response in opposition to the *Plaintiffs' Motion for Remand*, the holiday weekend, and demands on counsel's time in other matters, Defendants request a two-week extension of time, to and including March 7, 2023, to file their opposition to *Plaintiffs' Motion to Remand*. Defendants are fully aware of the Court's preferences with respect to joint briefing,[1] and intend to file a joint brief.

6. Defendants further note that they intend to seek leave to file a renewed motion to stay this action pending the resolution of the *Garrison* Action.[2]

---

[1] *See, e.g.*, PAPERLESS PRETRIAL ORDER, *Garrison* Action ECF No. 5, at 1-2.

[2] The Court has the authority to decide whether to stay this action before considering *Plaintiffs' Motion for Remand*. Because a stay under the first-filed rule "is not a determination of the merits, a court need not establish that it has subject matter jurisdiction . . . before proceeding to consider whether the first filed rule should be applied." *Burgess v. Universal City Dev. Partners, Ltd.*, No. 19-cv-2156-Orl-78LRH, 2020 WL 7251382, at *1 n.1 (M.D. Fla. Apr. 30, 2020) (citation omitted); *see also Cadle v. Whataburger of Alice, Inc.*, 174 F.3d 599, 604 (5th Cir. 1999) (affirming district court's refusal to "apply a jurisdictional requirement to the first-to-file rule"). In addition, district courts in this Circuit routinely decide motions to stay before motions to remand, much less summary judgment motions, in similar circumstances. *See, e.g., Marietta Drapery & Window Coverings Co. v. N. River Ins.*, 486 F. Supp. 2d 1366, 1368 n.2 (N.D. Ga. 2007) (citations omitted); *Mun. Gas Auth. of Ga. v. Town of Smyrna*, No. 1:11-cv-2476-JEC, 2012 WL 1038649, at *3 (N.D. Ga. Mar. 27, 2012).

## CONCLUSION

WHEREFORE, Defendants Thomas Brady, Kevin O'Leary, and David Ortiz respectfully request a two-week extension of time, from February 21, 2023 to March 7, 2023, to file their opposition to *Plaintiffs' Motion to Remand*.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Roberto Martínez and Stephanie A. Casey, counsel for Defendant Brady, and Christopher S. Carver, counsel for Defendant Ortiz, certify that they conferred with Adam Moskowitz, counsel for Plaintiffs, on February 16, 2023, by telephone conversation at approximately 10:50 a.m. with respect to the request for a two-week extension of the February 21, 2023, deadline to respond to *Plaintiffs' Motion to Remand*. Plaintiffs' counsel stated that Plaintiffs do not oppose the requested extension. Defendants' intent to seek leave to file a renewed motion to stay was not discussed.

Dated: February 16, 2023

Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martínez*
    Roberto Martínez
    Florida Bar No. 305596
    bob@colson.com
    Stephanie A. Casey
    Florida Bar No. 97483
    scasey@colson.com
    Zachary Lipshultz
    Florida Bar No. 123594
    zach@colson.com

**LATHAM & WATKINS LLP**
    Andrew Clubok (*pro hac vice*)
      andrew.clubok@lw.com
    Susan E. Engel (*pro hac vice*)
      susan.engel@lw.com
    Brittany M.J. Record (*pro hac vice*)
      brittany.record@lw.com
    555 Eleventh Street, N.W., Suite 1000

3

    Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
  Marvin S. Putnam (*pro hac vice*)
    marvin.putnam@lw.com
  Jessica Stebbins Bina (*pro hac vice*)
    jessica.stebbinsbina@lw.com
  Elizabeth A. Greenman (*pro hac vice*)
    elizabeth.greenman@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax:  +1.424.653.5501

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*pro hac vice*)
    michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendant Thomas Brady*

**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver
    Florida Bar No. 993580
    christopher.carver@akerman.com
    Jason S. Oletsky
    Florida Bar No. 9301
    jason.oletsky@akerman.com
    Katherine A Johnson
    Florida Bar No. 1040357
    katie.johnson@akerman.com

*Attorneys for Defendant David Ortiz*

**MARCUS NEIMAN RASHBAUM**
**& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
    Jeffrey Neiman

jneiman@mnrlawfirm.com
Fla Bar. No. 544469
Jeffrey Marcus
jmarcus@mnrlawfirm.com
Fla. Bar No. 310890
Michael Pineiro
mpineiro@mnrlawfirm.com
Fla. Bar No. 041897
Brandon Floch
bfloch@mnrlawfirm.com
Fla. Bar No. 125218

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
abrettler@berkbrettler.com

*Attorneys for Defendant Kevin O'Leary*