# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-20439-KMM

MICHAEL NORRIS, *et al.*,

    Plaintiffs,

v.

THOMAS BRADY, *et al.*,

    Defendants.

_____/

**[proposed]**
**ORDER GRANTING UNOPPOSED MOTION BY DEFENDANTS FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO REMAND [ECF No. 22]**

THIS CAUSE came before the Court on the *Unopposed Motion by Defendants for Extension of Time to File Opposition to Plaintiffs' Motion to Remand* ("Motion") [ECF No. 35]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants' response to *Plaintiffs' Motion to Remand* [ECF No. 22] shall be filed on or before March 7, 2023.

DONE AND ORDERED in Miami, Florida, this _____ day of February, 2023.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: counsel of record