IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:23-cv-20439-KMM

MICHAEL NORRIS, *et al.*,

    Plaintiffs,

v.

THOMAS BRADY, *et al.*,

    Defendants.

_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE UNREDACTED
RESPONSE TO MOTION TO REMAND AND EXHIBITS UNDER SEAL**

Per Local Rule 5.4., Defendants Thomas Brady, David Ortiz and Kevin O'Leary (collectively, the "Defendants") move unopposed for leave to file under seal an unredacted version of their forthcoming response to Plaintiffs' motion to remand and certain confidential exhibits in support thereof.

1. On February 6, 2020, Plaintiffs filed a motion to remand the instant action (ECF No. 22). Defendants' deadline to respond to Plaintiffs' motion is March 7, 2023 (ECF No. 36).

2. Defendants' opposition brief filed contemporaneously herewith includes as exhibits B, C, D, and E certain contracts between the Defendants and various FTX entities. Defendants' opposition brief also discusses certain aspects of those contracts in support of their arguments.

3. Generally, the presumption in this District is that proceedings are public and Court filings are a matter of public record. S.D. Fla. L.R. 5.4(a). However, the public's right of access is not absolute and "may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential."

1

*Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (internal quotations and citations omitted).

4. In balancing these interests to determine whether documents should be placed under seal, courts consider "whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Id.* "A party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Id.*

5. Here, Defendants' contracts contain confidentiality provisions that prohibit the Defendants from disclosing to any third party the financial or other material terms of the Agreements. Indeed, the contracts contain commercially sensitive and personal information regarding the terms of Defendants' services and intellectual property. Disclosure of the agreements (and terms thereof) could violate the Defendants' confidentiality obligations and cause irreparable harm to Defendants' personal and commercial interests. Thus, to honor the Defendants' obligations under the agreements, and protect commercially sensitive information, Defendants request leave to file under seal (1) an unredacted version of their response to the motion to remand, and (2) exhibits B, C, D, and E to the same.

6. Defendants request that the Court maintain these records under seal until the conclusion of this case and further order of the Court.

For the foregoing reasons, Defendants respectfully request that they be granted leave to file an unredacted version of their response to the motion to remand and accompanying exhibits B, C, D, and E under seal.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), counsel for Defendants certifies that they conferred with counsel for Plaintiffs and is authorized to represent that the Plaintiffs do not oppose this motion. On March 3, 2023, Zachary Lipshultz, counsel for Defendant Brady, acting on behalf of counsel for all Defendants, emailed Adam Moskowitz, counsel for Plaintiffs, with respect to the instant motion. Mr. Moskowitz responded that same day and indicated that Plaintiffs have no objection to this request.

Dated: March 7, 2023                                   Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martínez*
   Roberto Martínez
   Florida Bar No. 305596
   bob@colson.com
   Stephanie A. Casey
   Florida Bar No. 97483
   scasey@colson.com
   Zachary Lipshultz
   Florida Bar No. 123594
   zach@colson.com

**LATHAM & WATKINS LLP**
   Andrew B. Clubok (*pro hac vice*)
     *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice*)
     *susan.engel@lw.com*
   Brittany M.J. Record (*pro hac vice*)
     *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*pro hac vice*)
     *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*pro hac vice*)
     *jessica.stebbinsbina@lw.com*

      Elizabeth A. Greenman (*pro hac vice*)
      *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
    Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendant Thomas Brady*
**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver
    Florida Bar No. 993580
    christopher.carver@akerman.com
    Jason S. Oletsky
    Florida Bar No. 9301
    jason.oletsky@akerman.com
    Katherine A Johnson
    Florida Bar No. 1040357
    katie.johnson@akerman.com

*Attorneys for Defendant David Ortiz*

**MARCUS NEIMAN RASHBAUM
& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
    Jeffrey Neiman
    jneiman@mnrlawfirm.com
    Fla Bar. No. 544469
    Jeffrey Marcus
    jmarcus@mnrlawfirm.com
    Fla. Bar No. 310890
    Michael Pineiro
    mpineiro@mnrlawfirm.com

Fla. Bar No. 041897<br>
Brandon Floch<br>
bfloch@mnrlawfirm.com<br>
Fla. Bar No. 125218

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
abrettler@berkbrettler.com

*Attorneys for Defendant Kevin O'Leary*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court. I also certify that the foregoing document is being served on this 7th day of March 2023 on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By: s/ Roberto Martínez<br>
Roberto Martínez

5