**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:23-cv-20439-KMM**

MICHAEL NORRIS, *et al.*,

     Plaintiffs,

v.

THOMAS BRADY, *et al.*,

     Defendants.

_____/

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION**
**FOR LEAVE TO FILE UNREDACTED RESPONSE TO**
**MOTION TO REMAND AND EXHIBITS UNDER SEAL**

     Before the Court is an unopposed motion for leave to file unredacted response to motion to remand and exhibits under seal filed by Defendants Thomas Brady, David Ortiz, and Kevin O'Leary. (the "Motion," ECF No. ___.) Having considered the record and law, and being otherwise fully advised, the Motion is **GRANTED**. Defendants may file under seal an unredacted version of their response to the motion to remand and accompanying exhibits.

     **DONE AND ORDERED**, in Chambers, at Miami, Florida on March ___, 2023.

                                 _____

                                 K. Michael Moore
                                 United States District Judge