UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-20439-MOORE

MICHAEL NORRIS, *et al.*,

    Plaintiffs,

v.

THOMAS BRADY, *et al.*,

    Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that The Moskowitz Law Firm PLLC, counsel for plaintiffs in the above-entitled action, has changed its mailing address. The new address is:

**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street
Suite 202
Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

Dated: May 25, 2023

Respectfully submitted,

s/ *Adam M. Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133

*CASE NO. 23-cv-20439-MOORE*

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of same on all counsel of record.

By: /s/ *Adam M. Moskowitz*
Adam M. Moskowitz